ACCEPTED
04-15-00105-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/9/2015 4:56:36 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00105-CV

### IN THE COURT OF APPEALS
### FOURTH DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/9/2015 4:56:36 PM

KEITH E. HOTTLE
Clerk

MAVA HURD AND LEONARD IZZO,
                                        Appellants

v.

RAPIER FAMILY FOUNDATION,
                                        Appellee

## NOTICE OF APPEARANCE OF CO-COUNSEL
## FOR APPELLEE RAPIER RAMILY FOUNDATION

The undersigned attorneys, Catherine M. Stone and Robinson C. Ramsey, file this notice of appearance as co-counsel with Roger D. Kirstein and Tom Thomas for Appellee Rapier Family Foundation in the above entitled and numbered cause.

Respectfully submitted,

*/s/ Catherine M. Stone*
CATHERINE M. STONE
State Bar No. 19286000
Email: cstone@langleybanack.com
ROBINSON C. RAMSEY
State Bar No. 16523700
Email: rramsey@langleybanack.com
ROGER D. KIRSTEIN
State Bar No. 1153370
Email: rkirstein@langleybanack.com

LANGLEY & BANACK, INC.
Trinity Plaza II, Suite 900
745 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone:  210. 736.6600
Telecopier:  210. 735.6889

TOM THOMAS
State Bar No. 19870000
Email: tt75201@yahoo.com
THOMAS & BLACKWOOD, LLP
2209 Allen Street
Dallas, Texas  75204
Telephone: 214.953.0000

ATTORNEYS FOR APPELLEE
RAPIER FAMILY FOUNDATION

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served upon the following counsel for Appellant:

Peter C. Blomquist
Email: pblomquist@shannongracey.com
Joseph W. Spence
Email: jspencer@shannongracey.com
Jonathan R. Briggs
Email: jbriggs@shannongracey.com
Shannon, Gracey, Ratliff & Miller, LLP
1301 McKinney Street, Suite 2900
Houston, Texas  77010
Telephone: 713.255.4700
Telecopier: 713.6551597

on this 9th day of March, 2015.

/s/ Catherine M. Stone
CATHERINE M. STONE
ROBINSON C. RAMSEY
ROGER D. KIRSTEIN